# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **CRISTOPHER DAVIS,** | : | Case No.: 1:21-CV-01600 |
| **Plaintiff,** | : | **Judge J. Philip Calabrese**<br>**Magistrate Judge Jonathan Greenberg** |
| vs. | : | |
| **SILCO, INC.,** | : | |
| **Defendant.** | : | |

## STIPULATED DISMISSAL WITH PREJUDICE

By stipulation of the undersigned counsel, it is hereby agreed that this action be dismissed in its entirety, with prejudice. Each party shall bear its own attorneys' fees and costs. The Court retains jurisdiction to enforce the terms of the settlement agreement.

Dated this 9th day of March, 2022.

Respectfully submitted,

**CURRY ROBY, LLC**

| | |
|---|---|
| */s/ Lisa C. Haase* | */s/ Daniel S. Dubow* |
| Lisa C. Haase (0063403) | Daniel S. Dubow (0095530) |
| Trent M. Thacker (00902606) | Samuel B. Robb (0099035) |
| 30 Northwoods Blvd., Suite 300 | 25825 Science Park Drive, Suite 200 |
| Columbus, Ohio 43235 | Beachwood, Ohio 44122 |
| T: 614-982.0330 | Phone: (216) 291-4744 |
| F: 614-430-8890 | Fax:    (216) 291-5744 |
| lhaase@crmlaws.com | Em: daniel.dubow@spitzlawfirm.com |
| tthacker@crmlaws.com |         sam.robb@spitzlawfirm.com |
| *Attorneys for Defendant Silco, Inc.* | *Attorneys for Plaintiff* |